**Opinion issued July 28, 2026**



In The

# Court of Appeals

For The

## First District of Texas

————————————

### NO. 01-26-00737-CV

————————————

## IN RE WESTLAKE CHEMICAL CORPORATION AND WESTLAKE US 2 LLC, Relators

**Original Proceeding on Petition for Writ of Mandamus**

### MEMORANDUM OPINION

Relators Westlake Chemical Corporation and Westlake US 2 LLC have filed petition for writ of mandamus seeking an order directing the trial court to grant its motion for summary judgment.[1]

---

[1] The underlying case is *Matthew McPherson v. Westlake Chemical Corporation, Westlake Chemical Energy LLC, and Westlake Chemical OpCo LP*, cause number 2022-55725, pending in the 129th District Court of Harris County, Texas, the Honorable Michael Gomez presiding.

We deny mandamus relief. *See* Tex. R. App. P. 52.8(a).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Guiney.